## C. W. Terry, Trustee, v. Banner Clay Works.
In the Matter of C. A. Bartlett, Receiver, Appellee, v. Edwardsville Home Trade Coal Company, E. A. Keller Company and E. J. Jeffress & Company, Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 5, 1918.

### Statement of the Case.

Bill by C. W. Terry, trustee, complainant, against Banner Clay Works, defendant, to foreclose a second mortgage. After appearance was entered for defendant a decree of foreclosure was rendered and defendant's property was sold thereunder and, after the expiration of the period of foreclosure, a deed was made to the purchaser as trustee for the second mortgage bondholders. On petition of complainant, filed in the foreclosure suit, a receiver was appointed with power to conduct defendant's business. By stipulation filed in court, the first mortgage bondholders waived their prior lien and consented to the appointment of the receiver. The order appointing the receiver authorized him to issue receiver's certificates not to exceed $15,000, and made them a first lien. From a decree confirming a master's report overruling objections to allowing the receiver credit for certain items paid out by him, certain creditors appeal.

Burton & Burton, for appellants.

Terry, Gueltig & Powell, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

24    APPELLATE COURTS OF ILLINOIS.

Com'rs of Highways v. C., C., C. & St. L. Ry. Co., 211 Ill. App. 24.

## Abstract of the Decision.

RECEIVERS, § 50*—*when evidence sustains decree allowing credit for solicitor's fees, expenses and repairs.* On appeal from a decree confirming a master's report overruling exceptions to allowing a receiver credit for certain sums paid out by him as solicitor's fees and to meet current expenses and repairs, evidence examined and *held* sufficient to sustain the decree.